*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Shawn C. Smith, SR
    Debtor(s)

Case No: 18–17840–amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion to Dismiss Case; feasibility and underfunding Filed by SCOTT WATERMAN Represented by ROLANDO RAMOS–CARDONA (Counsel).

Hearing rescheduled from 8/1/19.

    on: 9/5/19

    at: 10:00 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  7/8/19

Timothy B. McGrath
Clerk of Court

22 – 17
Form 167