United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-17840-amc
Shawn C. Smith, SR                                                        Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4           User: BarbaraS             Page 1 of 1              Date Rcvd: Jul 08, 2019
                               Form ID: 167               Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2019.
```
db             Shawn C. Smith, SR,    229 N 3rd Street,    Columbia, PA  17512-1135
14237168      +Jeanette L Diffenderfer,    229 N 3rd Street,    Columbia, PA 17512-1135
14326663      +Lancaster Area Sewer Authority,    c/o Daniel Desmond, Esquire,    Barley Snyder,
               126 East King Street,    Lancaster, PA 17602-2893
14237169      +Lancaster Emergency Associates,    c/o Lancaster General Medicine,    555 North Duke Street,
               Lancaster, PA 17602-2250
14257373      +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
               Dallas, TX 75380-0849
14237171      +PPL Electric Utilities,    2 North 9th Street,    Allentown, PA 18101-1179
14270690      +U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE P,    211 North Front Street,
               Harrisburg, PA 17101-1406
14269324      +U.S. Bank National Association,    c/o Rebecca Ann Solarz,    KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14241427      +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
               Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14237170      +E-mail/Text: blegal@phfa.org Jul 09 2019 03:13:08     PA Housing Finance Agency,
               211 N. Front Street,    Harrsiburg, PA 17101-1406
                                                                                              TOTAL: 1
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2019 at the address(es) listed below:
```
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              STEPHEN MCCOY OTTO    on behalf of Debtor Shawn C. Smith, SR steve@sottolaw.com,
               info@sottolaw.com,no_reply@ecf.inforuptcy.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfmail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Shawn C. Smith, SR
    Debtor(s)　　　　　　　　　　　Case No: 18−17840−amc
　　　　　　　　　　　　　　　　　　Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion to Dismiss Case; feasibility and underfunding Filed by SCOTT WATERMAN Represented by ROLANDO RAMOS−CARDONA (Counsel).

Hearing rescheduled from 8/1/19.

　　　on: 9/5/19

　　　at: 10:00 AM

　　　in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 7/8/19

Timothy B. McGrath
Clerk of Court

22 − 17
Form 167