*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Shawn C. Smith, SR
    Debtor(s)

Case No: 18–17840–amc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Hearing Rescheduled on Motion to Dismiss Case; feasibility and underfunding Filed by SCOTT WATERMAN Represented by ROLANDO RAMOS–CARDONA (Counsel).

    on: 2/27/20

    at: 10:00 AM

    in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date: 2/5/20

Timothy B. McGrath
Clerk of Court

26 – 17
Form 167