# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Shawn C. Smith Sr. <br>                     Debtor(s) <br><br> U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY), its successors and/or assigns <br>                     Movant <br> vs. <br><br> Shawn C. Smith Sr. <br>                     Debtor(s) <br><br> Scott F. Waterman, Esq. <br>                     Trustee | CHAPTER 13 <br><br><br><br> NO. 18-17840 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY), which was filed with the Court on or about **February 26, 2019, docket number 15**.

                                    Respectfully submitted,

                              By: **/s/ Rebecca A. Solarz, Esquire**
                                  Rebecca A. Solarz, Esquire
                                  KML Law Group, P.C.
                                  BNY Mellon Independence Center
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA  19106
                                  215-627-1322
                                  Attorney for Movant/Applicant

March 3, 2020