Office Mailing Address:

Scott F. Waterman, Trustee

2901 St. Lawrence Avenue, Suite 100

Reading, PA  19606

Send Payments **ONLY** to:

Scott F. Waterman, Trustee

P.O. Box 680

Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-17840-PMM

SHAWN C  SMITH  SR

229 N 3RD STREET

COLUMBIA PA   17512-1135

Petition Filed Date: 11/29/2018

341 Hearing Date: 01/22/2019

Confirmation Date: 04/30/2020

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 01/07/2019 | $352.00 | | 01/28/2019 | $352.00 | | 02/13/2019 | $352.00 | |
| 03/18/2019 | $352.00 | | 05/01/2019 | $352.00 | | 05/30/2019 | $352.00 | |
| 07/08/2019 | $352.00 | | 07/29/2019 | $352.00 | | 09/10/2019 | $350.00 | Monthly Plan P |
| 10/04/2019 | $352.00 | | 11/01/2019 | $352.00 | | 12/02/2019 | $352.00 | |
| 01/06/2020 | $352.00 | | 02/10/2020 | $352.00 | | 03/09/2020 | $352.00 | |
| 04/07/2020 | $432.00 | | 05/07/2020 | $432.00 | | 06/11/2020 | $432.00 | |
| 07/07/2020 | $432.00 | | 08/07/2020 | $432.00 | | | | |

**Total Receipts for the Period:  $7,438.00  Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing:  $7,438.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | US DEPT OF HUD »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | LANCASTER GENERAL HOSPITAL »» 002 | Unsecured Creditors | $4,981.63 | $0.00 | $4,981.63 |
| 3 | PA HOUSING FINANCE AGENCY »» 003 | Mortgage Arrears | $17,724.77 | $3,156.61 | $14,568.16 |
| 4 | US DEPT OF HUD »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | LANCASTER AREA SEWER AUTHORITY »» 005 | Secured Creditors | $1,179.54 | $210.07 | $969.47 |

**Chapter 13 Case No. 18-17840-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,438.00 | Current Monthly Payment: | $432.00 |
| Paid to Claims: | $6,366.68 | Arrearages: | $80.00 |
| Paid to Trustee: | $682.52 | Total Plan Base: | $24,366.00 |
| Funds on Hand: | $388.80 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
   for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.