| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-17840-PMM**

SHAWN C  SMITH  SR
229 N 3RD STREET
COLUMBIA  PA    17512-1135

Petition Filed Date: 11/29/2018
341 Hearing Date: 01/22/2019
Confirmation Date: 04/30/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2020 | $352.00 | | 02/10/2020 | $352.00 | | 03/09/2020 | $352.00 | |
| 04/07/2020 | $432.00 | | 05/07/2020 | $432.00 | | 06/11/2020 | $432.00 | |
| 07/07/2020 | $432.00 | | 08/07/2020 | $432.00 | | 09/08/2020 | $432.00 | |
| 10/07/2020 | $432.00 | | 11/09/2020 | $432.00 | | 12/07/2020 | $432.00 | |
| 01/08/2021 | $432.00 | | 02/09/2021 | $432.00 | | 03/08/2021 | $432.00 | |
| 04/07/2021 | $432.00 | | 05/07/2021 | $432.00 | | 06/08/2021 | $432.00 | |

**Total Receipts for the Period: $7,536.00**   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $11,758.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | US DEPT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | LANCASTER GENERAL HOSPITAL<br>»» 002 | Unsecured Creditors | $4,981.63 | $0.00 | $4,981.63 |
| 3 | PA HOUSING FINANCE AGENCY<br>»» 003 | Mortgage Arrears | $17,724.77 | $6,887.06 | $10,837.71 |
| 4 | US DEPT OF HUD<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | LANCASTER AREA SEWER AUTHORITY<br>»» 005 | Secured Creditors | $1,179.54 | $458.34 | $721.20 |

**Chapter 13 Case No. 18-17840-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,758.00 | Current Monthly Payment: | $432.00 |
| Paid to Claims: | $10,345.40 | Arrearages: | $80.00 |
| Paid to Trustee: | $1,023.80 | Total Plan Base: | $24,366.00 |
| Funds on Hand: | $388.80 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.