Certificate Number: 14912-PAE-DE-038367002

Bankruptcy Case Number: 18-17840



14912-PAE-DE-038367002

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 10, 2024, at 5:11 o'clock PM EDT, Shawn Smith completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  April 10, 2024          By:    /s/Jai Bhatt

                               Name:  Jai Bhatt

                               Title: Counselor