IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SHAWN C. SMITH, SR, | : | Bankruptcy No. 18-17840-PMM |
| | : | |
| Debtor. | : | Chapter 13 |

**ORDER**

AND NOW, this __18th__ day of __April__, 2024, it is hereby ORDERED that the Order Closing Case entered March 12, 2024 is VACATED. The Chapter 13 case is hereby reopened for the purpose of final administration and the entry of an order discharging the Debtor, if appropriate.

BY THE COURT:

_Patricia M. Mayer_
_____
Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE